IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>AARON JENSEN,<br><br>                    Defendant. | 8:16-CR-274<br><br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the defendant's motion to suppress (filing 21), the Magistrate Judge's Findings and Recommendation (filing 31) recommending that the motion be denied, and the defendant's objection (filing 39) to the findings and recommendation. Having conducted a *de novo* review of the record pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that the Magistrate Judge's findings and recommendation were correct in all respects. The Court will deny the defendant's motion to suppress for the reasons stated by the Magistrate Judge.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 31) is adopted.

2. The defendant's objection (filing 39) to the findings and recommendation is overruled.

3. The defendant's motion to suppress (filing 21) is denied.

Dated this 6th day of March, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge