IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16-CR-274 |
| vs. | |
| AARON JENSEN, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 64) the indictment (filing 13). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1.    The plaintiff's motion to dismiss (filing 64) is granted.

2.    The indictment is dismissed.

Dated this 25th day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge